dIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Criminal Action: | 23-cr-00416-CNS | Date: November 15, 2023 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |
| Interpreter: | N/A | Probation: N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Brandon Burkart* |
| v. | |
| 1. BRIAN KAPLAN<br>**Defendant** | *Diego Pestana* |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

Court in session: 3:00 p.m.

Appearances of counsel.

Defendant is present on bond.

Discussion held on clerical error as to the entire case being sealed.

To the extent necessary, it is

**ORDERED:  This case is UNSEALED.**

The Court outlines the history of the case.

The Plea Agreement (Court Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the Court and are subject to a Level 1 restriction.

Defendant is sworn.

Defendant's right to trial by jury and other constitutional rights explained.

Defense counsel outlines the plea agreement.

The Government informs the defendant of the charge and elements of the charge.

Factual basis for the plea agreed upon as outlined in the plea agreement.

Defendant advised of maximum penalties by the Government.

Defendant advised of sentencing guidelines and appeal rights.

Defendant enters plea of guilty to Count 1 of the Information pursuant to the plea agreement and admits forfeiture allegation.

Discussion held on Waiver of Indictment.

The Court finds that the defendant has knowingly, intelligently, and voluntarily entered a plea of guilty.

**ORDERED**: **The plea of guilty to Count 1 of the Information entered by the defendant is accepted, the defendant is found guilty of the crime charged.**

**The Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32.**

**Joint Status Report due by March 31, 2024.**

**Sentencing is set for May 20, 2024, at 9:00 a.m. before the Honorable Judge Charlotte N. Sweeney. in Courtroom A-702, Seventh Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.**

**The defendant's bond is continued.**

Court in Recess: 3:36 p.m.        Hearing concluded.        Total time in Court: 00:36