IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-cr-00416-CNS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

Brian Kaplan,

 Defendant.

---

**UNITED STATES' MOTION TO UNRESTRICT CASE**

---

The UNITED STATES OF AMERICA, by and through its undersigned counsel, respectfully moves this Court for an Order to Unrestrict this case for the following reasons:

1. On October 2, 2023, the defendant was charged by information with one count of conspiracy to commit wire fraud in violation of 18 U.S.C. § 371.

2. At the United States' request, the Court sealed the information to protect the integrity of an ongoing investigation.

3. On November 7, 2023, a federal grand jury in the District of Colorado returned a five-count indictment charging the defendant's co-conspirator, Alex Dee, with one count of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349, and four counts of Wire Fraud, in violation of 18 U.S.C. § 1343, which was sealed by the Court.

4. On January 9, 2024, Dee was arrested by United States Customs and Border Protection agents upon entering the country from Canada.

5. On January 10, 2024, Dee made his initial appearance in Seattle, Washington by the United States District Court for the Western District of Washington.

1

6. Given the arrest of the defendant's co-conspirator Dee, the government has no need to keep the instant case restricted.

Accordingly, the United States requests an Order unrestricting this case, including the information and all other filings to date.

Respectfully submitted January 11, 2024.

        GLENN S. LEON, Chief
        U.S. Department of Justice
        Criminal Division, Fraud Section

        */s/ Andrew Jaco*
        ANDREW JACO
        Brandon Burkart
        Trial Attorneys, Fraud Section
        United States Department of Justice
        1400 New York Ave., NW
        Washington D.C. 20005
        Telephone: (202) 740-0953
        E-mail: Andrew.J.Jaco@usdoj.gov
        Attorneys for the Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2024, I electronically filed the foregoing MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to all counsel of record.

                                              */s/ Andrew Jaco*
                                              J. Andrew Jaco
                                              Trial Attorney